# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-14109

_____

BUILDING RESILIENT INFRASTRUCTURE & DEVELOPING GREATER EQUITY, INC.,

                                          *Plaintiff-Appellant*,

*versus*

CONSUMER FINANCIAL PROTECTION BUREAU,
ACTING DIRECTOR, CONSUMER FINANCIAL PROTECTION
BUREAU,

                                          *Defendants-Appellees*.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:25-cv-01367-TPB-NHA

_____

ORDER:

Appellant's motion to expedite is DENIED.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE